**Carolyn BANDY, Plaintiff–Appellant,**

v.

**SPRINT MID–ATLANTIC TELECOM,**
**INCORPORATED, Defendant–**
**Appellee.**

No. 02–1146.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

Carolyn Bandy, Appellant Pro Se. Zebulon Dyer Anderson, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, Raleigh, North Carolina; Thomas Blumeyer Weaver, Armstrong, Teasdale, Schlafly & Davis, St. Louis, Missouri, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Carolyn Bandy appeals the district court's order granting summary judgment to the Defendant on Bandy's action alleging race discrimination and retaliatory harassment. We have reviewed the record and the district court's opinion and find no

reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bandy v. Spring Mid–Atlantic Telecom, Inc.*, No. CA–00–819–5–F (E.D.N.C. Jan. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*